UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:14-mj-1123

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | <u>ORDER</u> |
| | : | |
| DAVID SHANE STRUNK | : | |
| DEFENDANT | : | |

This matter coming on and being heard before the undersigned Judge upon a Motion of the defendant to waive the Presentence Investigative Report.

**IT IS THEREFORE ADJUDGED ORDERED AND DECREED** that the defendant be sentenced without the benefit of a Presentence Report on January 27, 2015.

This the 26 of January 2015.

_____
JUDGE PRESIDING