UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:14-mj-1123

UNITED STATES OF AMERICA

vs.                                         ORDER

DAVID SHANE STRUNK
            Defendant

This matter coming on and being heard before the undersigned Judge upon a Motion of the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, to revise the sentence of restitution in this matter.

IT IS THEREFORE ADJUDGED ORDERED AND DECREED that the defendant shall pay restitution to the United States Coast Guard Exchange in the amount of $28,571, said amount to be joint and several with LAWRENCE JAMES BECKNEL, case NO. 2:13-CR-7-1F. All other provisions of the sentence in this matter remain as previously adjudged.

This the 2ⁿᵈ of February 2015.

_____
James C. Fox
Senior U.S. District Judge